Heena Hirani
State Bar No. 24069925
ALLMAND & LEE, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Daniel Bradley Stark** | § | CASE NO.  10-43803-DML-13 |
| **Elizabeth Ann Stark** | § | CHAPTER 13 |
| **DEBTOR(S)** | § | |
| | § | |

## NOTICE OF HEARING
## ON "DEBTOR'S OBJECTION TO CLAIM OF HSBC BANK NEVADA. N.A. NO. 15"

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the *Debtor's Objection to Claim* dated December 10, 2010 , will be approved by the Court without a hearing unless a party in interest files a written *"Objection to Debtor's Objection to Claim"* within five (5) business days prior to the Pre-Hearing Conference noticed below and attends the Pre-Hearing Conference noticed below.

An *"Objection to Debtor's Objection to Claim"* shall be in writing and filed with the Bankruptcy Clerk at the following address:

Clerk Of Court
United States Bankruptcy Court
10th and Lamar Street
Fort Worth, Texas 76102

with a copy mailed or electronically serviced on the same day to:

| | |
|---|---|
| Chapter 13 Standing Trustee:    AND | Debtor or Debtor's Attorney: |
| Tim Truman, Trustee | Heena Hirani |
| 6851 N. E. Loop 820, Suite 300 | 8701 Bedford Euless Road #510 |
| North Richland Hills, TX  76180-6608 | Hurst, Texas 76053 |
| | |
| | Attorney for Debtor(s) |

## NOTICE OF COURT HEARING AND
## TRUSTEE'S PRE-HEARING CONFERENCE

On **January 14, 2011**, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached *"Debtor's Objection to Claim* will be at 8:30 A.M. located at: 6851 N. E. Loop 820, Suite 300, North Richland Hills, TX 76180-6608.

Any objections to the Debtor's Objection to Claim not resolved at the Trustee's Pre-Hearing Conference will be heard by the Court on January 20, 2011 at 9:30 A.M. O'clock for Judge Lynn cases in Room #128 located at the United States Courthouse at 10th and Lamar Streets, Downtown - Fort Worth, Texas.

**YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE DEBTOR'S OBJECTION TO CLAIM.**

Date: December 10, 2010

Respectfully Submitted,

/s/ Heena Hirani
Heena Hirani
State Bar No. 24069925
ALLMAND & LEE, PLLC.
8701 Bedford Euless Road, Suite 510
Hurst, Texas 76053
214.265.0123 Phone
214.265.1979 Fax

ATTORNEYS FOR DEBTOR(S)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 10, 2010, a true and correct copy of the foregoing was served on all parties in interest below.

                                                  /s/ Heena Hirani
                                                  Heena Hirani
                                                  State Bar No. 24069925

**DEBTOR(S):**
Daniel Bradley Stark and Elizabeth Ann Stark
6202 Woolwich Dr
Arlington, TX 76001

**US TRUSTEE:**
William T. Neary
U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**STANDING CHAPTER 13 TRUSTEE:**
Tim Truman, Trustee
6851 N. E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712