Heena Hirani
State Bar No. 24069925
ALLMAND & LEE, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | |
| **DANIEL BRADLEY STARK** | Case No. 10-43803-DML-13 |
| **ELIZABETH ANN STARK** | |
| | Chapter 13 |
| Debtor(s) | Judge Lynn |

### DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION
### DATE: 12/10/2010

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 USC 1329 the Debtor request(s) the following modification(s) to the Debtor's(s') Confirmed Chapter 13 Plan herein:

### HISTORY OF CASE

| | |
|---|---|
| PETITION DATE:6/2/2010 | TOTAL PAID IN:$4,158.00 |
| 341 DATE:7/20/2010 | AMOUNT DUE:$4,536.00 |
| CONFIRMATION:8/27/2010 | OLD PLAN BASE:$45,360.00 |

### MODIFICATION(S) OF DEBTOR'S(S') PAYMENTS TO TRUSTEE

Change monthly payment amount from $756.00 per month to the following: $756.00 per month for 5 months and $870.00 for the final 50 months of the plan

The above change(s) will result in a new "BASE AMOUNT" (total payments due to the Trustee under the plan, if all payments are timely made) of $50,678.00.

### AND

**Plan payments to** the trustee as listed above will **resume** on or before **January 2, 2011** (within 30 days from this request).

## MODIFICATION OF PAYMENTS TO CREDITOR(S)

Change treatment of the following claim(s):

| Name | Collateral | Treatment | Claim No. | Class | Sched. Amt | Claim Amt. | %Rate | Value |
|---|---|---|---|---|---|---|---|---|
| PNC Mortgage | Home Arrs | Pro Rata | 23 | S | $1,362.12 | $1,362.12 | 0% | $156,500.00 |
| Tarrant County | Prop Tax | Direct Pay | 22 | S | $1,976.23 | $1,976.23 | 12% | $156,500.00 |

On secured claims if collateral is shown as surrender and if collateral is real property, then automatic stay is terminated as to creditor as of surrender date permit said creditor to conduct a non-judicial foreclosure sale, pursuant to General Order 2007-2, paragraph 4c.

## DEBTOR'S(S') ATTORNEY FEES

Debtor's(s') attorney shall be allowed an additional fee for the Modification in the total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payments specified monthly and before any other pro rata payments.

## REASON(S) FOR MODIFICATION

__X_____ (1)  To cure plan arrears to the Trustee.
__X_____ (2)  To provide or modify treatment for Secured, Priority or Unsecured claim not previously provided for.
__X_____ (3)  To make plan sufficient (based on allowed claims).
_____ (4)  To modify the Unsecured Creditors' Pool from $_____ to $_____.
_____ (5)  Other:

All other provisions as set forth in the last confirmed plan remain the same.

Date:  December 10, 2010

/s/ Heena Hirani
Heena Hirani
State Bar No. 24069925
ALLMAND & LEE, PLLC.
8701 Bedford Euless Road, Suite 510
Hurst, Texas 76053
214.265.0123 Phone
214.265.1979 Fax

ATTORNEYS FOR DEBTOR